IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER KING, | § | |
| | § | No. 338, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1408020918 & |
| STATE OF DELAWARE, | § | 1408022997 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  July 6, 2018
Decided:     August 6, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **O R D E R**

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record, we conclude that the judgment below should be affirmed on the basis of the Superior Court order, dated June 11, 2018, denying the appellant's motion for a progress report.  The Superior Court was not required to issue a progress report on the appellant's service of his twenty-four-year, non-suspended Level V sentence.

NOW, THEREFORE, IT IS ORDERED that the Motion to Affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice